

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00359-CV

**GK GROUP, LLC, NOW KNOWN
AS DOWNTOWN M&M PROPERTIES, LLC,**

                                                    **Appellant**

 **v.**

**MITCHELL RUDDER PROPERTIES,
LP SUCCESSOR IN INTEREST TO
KARBROOKE, INC., AND CITIBANK TEXAS N.A.,**

                                                    **Appellee**

From the 85th District Court
Brazos County, Texas
Trial Court No. 09-001441-CV-85

## MEMORANDUM  OPINION

Appellants have filed an "Unopposed Motion to Dismiss Appeal."  *See* TEX. R.
APP. P. 42.1(a)(1).  It states that the parties have entered into a settlement agreement and
that Appellants seek dismissal of this appeal with costs to be assessed against the party
incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.


REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Dismissed
Opinion delivered and filed May 30, 2012
[CV06]